# United States District Court

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

PEDRO MORONES-VERDIN

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:12-mj-109-CWH

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __12/20/2011__ in __Clark__ county, in the _____ District of __Nevada__ defendant(s), did: knowingly, willingly, unlawfully, and with intent to avoid prosecution, travel in interstate commerce from Las Vegas, Nevada, to Mexico, or other destinations currently unknown after committing the felony crime of Murder with a Deadly Weapon, a violation of Nevada Revised Statute (NRS) 200.030.

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:

On 12/03/2011, Pedro Morones-Verdin, born 03/28/1968, was at his residence at 4823 Con Carne, North Las Vegas, Nevada, when he got into a fight with David Pettis, born 11/06/1991. During the fight, Morones-Verdin's girlfriend brought him a gun. Morones-Verdin grabbed the gun and shot Pettis in the head at close range. Morones-Verdin then wrapped up the body and put it in the trunk of his BMW. Several days later, Morones-Verdin paid someone to go and dump Pettis's body. The body was discovered on 12/08/2011. On 12/20/2011, Las Vegas Justice Court issued a felony arrest warrant for Morones-Verdin charging him with Murder with a Deadly Weapon.

On 12/14/2011, Las Vegas Metropolitan Police Department (LVMPD) Homicide Detectives interviewed the girlfriend identified as Cortney Sears, born 09/02/1991. Sears told Detectives that Morones-Verdin had fled to Mexico shortly after the murder. On 01/04/2012, LVMPD Homicide Detectives received an anonymous tip that Morones-Verdin had fled to Nayarit, Mexico.

Continued on the attached sheet and made a part hereof:  ☐ Yes  ☒ No

Signature of Complainant

T. SCOTT HENDRICKS
Special Agent, FBI
Las Vegas, Nevada

Sworn to before me and subscribed in my presence,

By _____

Date: 3/1/12  at  Las Vegas, Nevada
City and State

**C.W. HOFFMAN, JR.**
**U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

Signature of Judicial Officer